UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY


**BROEGE, NEUMANN, FISCHER & SHAVER**
A Limited Liability Company
Peter J. Broege, Esq. (PB9313)
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484

| | |
|---|---|
| In re: | Case No.: 12-14635(KCF) |
| Kathleen M. Larkin, | |
|     Debtor | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | |
| Shahira Raineri, | Adv. Pro. No. 12-1809(KCF) |
|     Plaintiff | (Adversary Proceedings consolidated pursuant to order entered January 28, 2013) |
| v | |
| Kathleen M. Larkin, | |
|     Defendant | |
| Barry W. Frost, Trustee | Adv. Pro. No. 12-2033(KCF) |
|     Plaintiff | (Adversary Proceedings consolidated pursuant to order entered January 28, 2013) |
| v | Judge:  Honorable Kathryn C. Ferguson |
| Kathleen M. Larkin, | **Return Date:  March 4, 2013** |
|     Defendant | |

ORDER GRANTING MOTION IMPOSING SANCTIONS FOR FAILURE OF THE DEBTOR/DEFENDANT
TO PROVIDE DISCOVERY


The relief set forth on the following page numbered 2 is hereby **ORDERED**.

Page 2
Debtor: Kathleen M. Larkin
Case No:   12-14635(KCF), Adv. Pro. No. 12-1809(KCF) and Adv. Pro. No. 12-2033(KCF)
Caption of Order:  Order granting motion imposing sanctions for failure of the Debtor/Defendant to provide discovery

This matter having been opened to the Court upon the filing of a notice of motion for an order imposing sanctions for failure of the Debtor/Defendant to provide discovery pursuant to Federal Bankruptcy Rule of Procedures 7037 or, alternatively, to strike the Debtor/Defendant's answer and the Court having reviewed the certification of Peter J. Broege, Esq. in support of the within motion and having reviewed any opposition and finding good cause for the entry of the within order.

**NOW THEREFORE,** it is hereby **ORDERED** as follows:

1.      The motion of Shahira Raineri for an order imposing sanctions for failure to provide discovery be and the same hereby is granted.

2.      Debtor/Defendant, Kathleen M. Larkin, shall provide documents in response to the Rule 2004 subpoena previously served within _____ days of the entry of this order.

3.      In the event the Debtor/Defendant fails to provide documents in response to the Rule 2004 subpoena previously issued within the time set forth in paragraph #2 above then upon the filing of a certification of non-compliance by counsel for Shahira Raineri, an order shall be entered striking the answer of the Debtor/Defendant allowing this matter to proceed on a default basis.

4.      Debtor/Defendant shall pay to movant's counsel the sum of $_____ as a sanction for failure to comply with discovery.

5.      Counsel for the movant shall serve a copy of this order on the Debtor and the Debtor's attorney within seven (7) days of its receipt from the court.